

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00542-CV

Vinod S. **IDNANI**,
Appellant

v.

Mansha V. **IDNANI**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of court for this appeal are taxed against Vinod S. Idnani.

SIGNED April 28, 2021.

_____
Patricia O. Alvarez, Justice